**Below is the Order of the Court.**

_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

---

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: ) | In Chapter 13 Proceeding |
| ) | |
| DANIEL C. PETERSON, ) | Case No. 12-10861-KAO |
| ) | |
| ) | ORDER DENYING DEBTOR'S MOTION |
| Debtor. ) | FOR ORDER EXTENDING THE |
| ) | AUTOMATIC STAY |
| ) | |

THIS MATTER, having come before the Court on February 17, 2012, on the Debtor's MOTION FOR ORDER EXTENDING THE AUTOMATIC STAY filed on February 2, 2012, the Court having considered the files in this case and having heard arguments of counsel,

IT IS HEREBY ORDERED that the Debtor's Motion for Order Extending Automatic Stay under 11 U.S.C. § 362(c)(3) is denied.

/ / / End of Order / / /

| | |
|---|---|
| ORDER DENYING DEBTOR'S MOTION FOR ORDER EXTENDING AUTOMATIC STAY - 1 | Special Assistant United States Attorney Office of Chief Counsel, IRS 915 2nd Ave., Room 2710, M/S W670 Seattle, WA 98174-1098 Telephone: (206) 220-5951 FAX: (206) 220-5959 |

| | |
|---|---|
| 1 | Presented by: |
| 2 | /s/ Catherine L. Campbell |
| 3 | CATHERINE L. CAMPBELL<br>Special Assistant United States Attorney |
| 4 | WSBA #2482 |

ORDER DENYING DEBTOR'S MOTION
FOR ORDER EXTENDING AUTOMATIC
STAY - 2

Special Assistant United States Attorney
Office of Chief Counsel, IRS
915 Second Avenue, MS 670
Seattle, WA 98174
(206) 220-5951

Case 12-10861-KAO    Doc 22    Filed 02/24/12    Ent. 02/24/12 10:09:44    Pg. 2 of 2